## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APEX LINEN SERVICE LLC, *et al.*,[1] | ) | Case No. 20-11774 (LSS) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

### AGENDA FOR FIRST DAY HEARING
### SCHEDULED FOR JULY 10, 2020 AT 10:00 A.M. (EDT)

THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO. ALL
PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY
CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN JULY 10,
2020 AT 8:30 A.M. (ET) TO SIGN UP. ADDITIONALLY, ANYONE WISHING TO
APPEAR BY ZOOM IS INVITED TO USE THE LINK BELOW. ALL PARTIES
THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND
COURTCALL. PARTICIPANTS ON COURTCALL SHOULD DIAL INTO THE
CALL NOT LATER THAN 10 MINUTES PRIOR TO THE START OF THE
SCHEDULED HEARING TO INSURE A PROPER CONNECTION

PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE
MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.

Topic: Apex Linen Service LLC  20-11774 (LSS)
Time: Jul 10, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1615909891

Meeting ID: 161 590 9891
Password: 732992

Join by SIP
1615909891@sip.zoomgov.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Apex Linen Service LLC (9075), Highland Apex Holdings LLC (0537), Highland Avenue Capital Partners LLC (2825), Highland Apex GP LLC (9246), and Highland Apex Management LLC (5476). The location of the Debtors' corporate headquarters is 6375 S. Arville Street, Las Vegas, NV 89118.

1.    Amended Voluntary Petition of Apex Linen Service LLC (Case No. 20-11774) [Docket No. 3, Filed 7/7/2020]

2.    Voluntary Petition of Highland Apex Holdings LLC (Case No. 20-11775)

3.    Voluntary Petition of Highland Avenue Capital Partners LLC (Case No. 20-11776)

4.    Voluntary Petition of Highland Apex GP LLC (Case No. 20-11777)

5.    Voluntary Petition of Highland Apex Management LLC (Case No. 20-11778)

6.    Declaration of Christopher Bryan in Support of Debtors' First Day Motions [To Be Filed]

7.    First Day Motions:

a.    Debtors' Motion for an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 5; Filed 7/7/2020]

b.    Motion of Debtors for Entry of Interim and Final Orders *Nunc Pro Tunc* to the Petition Date Authorizing (I) Continued Maintenance of Existing Cash Management System and Bank Accounts, (II) Use of Existing Business Forms, and (III) Related Relief [Docket No. 7; Filed 7/8/2020]

c.    Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (V) Granting Related Relief [Docket No. 8; Filed 7/8/2020]

d.    Debtors' Application for an Order, Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f), and Local Rule 2002-1(f), Appointing Stretto as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 9; Filed 7/8/2020]

e.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 11; Filed 7/8/2020]

f.    Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [Docket No. 12; Filed 7/8/2020]

g.    Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Further Interim Hearing; and (3) for Related Relief [Docket No. 18; Filed 7/9/2020]

Respectfully submitted,

Dated: July 9, 2020

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (*admitted pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
harleyg@goldmclaw.com

*Proposed attorneys for the Debtors and
Debtors-in-Possession*