**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| n re:<br><br>APEX LINEN SERVICE LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11774 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: August 7, 2020 at 2:00p.m. (EDT)<br>Obj. Deadline: July 31, 2020 at 4:00 p.m. (EDT) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 8, 2020, Apex Linen Service LLC (the "Debtors") filed the attached *Debtor's Application for Entry of An Order Authorizing the Debtors to (I) Employ and Retain Glassratner Advisory & Capital Group LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate Jeff Nerland As Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Motion shall be considered at the hearing scheduled in the above-captioned case for **August 7, 2020 at 2:00 p.m. (Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Apex Linen Service LLC (9075), Highland Apex Holdings LLC (0537), Highland Avenue Capital Partners LLC (2825), Highland Apex GP LLC (9246), and Highland Apex Management LLC (5476). The location of the Debtors' corporate headquarters, and the business address for Apex Linen Service LLC is 6375 S. Arville Street, Las Vegas, NV 89118. The business address for all other Debtors is 205 Pier Avenue, Suite 102, Hermosa Beach, CA 90254.

19801, and served upon and received by counsel for the Debtors on or before **July 31, 2020 at 4:00 p.m. (Eastern Time)**.

      PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 10, 2020

Respectfully submitted,
**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (*pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
harleyg@goldmclaw.com
jasonb@goldmclaw.com

*Counsel for Debtors and Debtors-in-Possession*