

#### UNITED STATES BANKRUPTCY COURT
#### DISTRICT OF DELAWARE

Laurie Selber Silverstein
Judge

824 N. Market Street
Wilmington, DE 19801
(302) 252-2900

July 12, 2020

**Via CM/ECF Notification:**

To all counsel in Apex Linen Service LLC, et. al. - Case No. 20-11774

    Re:   <u>July 16, 2020 Hearing</u>

Dear Counsel:

    As discussed at the July 10, 2020 hearing, the continued hearing on Debtors' request to use cash collateral is scheduled to begin on July 16, 2020 at 9:00 a.m.

    The hearing will be via CourtCall and zoom.gov. Consequently, witness testimony will be taken remotely. Such is permissible under Federal Rule of Civil Procedure 43(a) (made applicable by Federal Rule of Bankruptcy Procedure 9017) for good cause in compelling circumstances and with appropriate safeguards. I find the circumstances surrounding the covid-19 pandemic supply compelling circumstances.

    So that the hearing may run as smoothly as possible, and any appropriate safeguards can be implemented, any party intending to call witnesses or introduce documentary evidence at the hearing, must file the following information on the docket by no later than July 14, 2020 at 12:00 p.m.:

1. A designation of witnesses that the party intends to call. For each witness, please supply:

    - The name and title of the witness.
    - The location of the witness (city, state, country).
    - The place from which the witness will be testifying (e.g., home, office – **no addresses**).
    - Whether anyone will be in the room with the witness during his/her testimony, and if so, who (name/title/relationship to witness) and for what purpose.

Apex Linen Service LLC, et. al. - Case No. 20-11774
July 12, 2020
Page 2

> ➢ Whether the witness will have any documents with him/her, and if so, what documents.

2. A list of exhibits that any party seeks to introduce in its affirmative case or use on cross-examination.

    > ➢ If the exhibit has been filed, reference the applicable CM/ECF docket number.
    > ➢ If an exhibit is not on the docket, please supply by email (pdf or in a link) to all relevant parties no later than July 14, 2020 at 12:00 p.m. Relevant parties include any party who asks to receive the exhibits.

The party sponsoring the witness will be responsible for ensuring that **all** exhibits are supplied to the witness ahead of the hearing. If the witness has filed a declaration relevant to the matters to be heard, the declaration should also be available to the witness during testimony.

    I appreciate your cooperation as we work through the remote hearing process. If you have any questions, please reach out to chambers.

Very truly yours,

*[signature]*

Laurie Selber Silverstein

LSS/cmb