**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| APEX LINEN SERVICE LLC, *et al.*, | Case No. 20-11774 (LSS) |
| Debtors.[1] | Jointly Administered |
| | Hearing Date: August 7, 2020, 2:00 p.m. (EDT) |
| | Re: Docket Nos. 10, 43, 112 |

**NOTICE OF WITHDRAWAL UPON ENTRY OF AGREED ORDER OF**
**PRE-PETITION LENDERS' OBJECTION TO DEBTORS' APPLICATIONS TO:**
**(1) EMPLOY, RETAIN, AND DESIGNATE CHIEF RESTRUCTURING OFFICER, AND**
**(2) EMPLOY AND RETAIN COUNSEL**

PLEASE TAKE NOTICE that, subject to entry by this Court of the form of Order agreed

by the parties and attached as Exhibit A to the *Certification of Counsel With Respect to: (1) Orders*

*Approving Retentions of Goldstein & McClintock LLLP; GlassRatner Advisory & Capital Group,*

*LLC; and FocalPoint Securities, LLC; and (b) Resolving Other Matters Between Debtors and Pre-*

*Petition Lenders* [ECF No. 114], Breakwater Management LP, as agent for senior secured lenders

Breakwater Credit Opportunities Fund LP, Breakwater Credit Opportunities Fund II, LP, Western

Alliance Bank, and United Insurance Company of America (collectively, such lenders are referred

to as the "Pre-Petition Lenders"), by and through its undersigned counsel, hereby withdraws the

*Pre-Petition Lenders' Objection to Debtors' Applications to: (1) Employ, Retain, and Designate*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with their case numbers, are: Apex Linen Service LLC (20-11774) ("Apex Linen"), Highland Apex Holdings LLC (20-11775) ("Apex Holdings"), Highland Avenue Capital Partners LLC (20-11776) ("Highland PE"), Highland Apex GP LLC (20-11777) ("Highland GP"), and Highland Apex Management LLC (20-11778) ("Highland Management"). Apex Holdings and Apex Linen are the "Apex Debtors". Highland PE, Highland GP and Highland Management are the "Highland Debtors". Apex Debtors and Highland Debtors are collectively referred to as the "Debtors".

*Chief Restructuring Officer, and (2) Employ and Retain Counsel*, which was filed on July 31, 2020 [ECF No. 112].

As to the Debtors' application for authority to employ and retain Goldstein & McClintock LLLP as Debtors' counsel *nunc pro tunc* to the Petition Date [ECF No. 43], the Pre-Petition Lenders agree to entry of the form of Order that was attached to that application.

Dated: August 4, 2020
      Wilmington, Delaware

**GIBBONS P.C.**

By: *Natasha M. Songonuga*
Natasha M. .Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
T: 302-518-6300
F: 302-429-6294
E-mail: nsongonuga@gibbonslaw.com

- and –

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Alan Feld, Esq. (admitted pro hac vice)
Ted Cohen, Esq. (admitted pro hac vice)
Elizabeth Frohlich, Esq. (admitted pro hac vice)
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
E-mail: afeld@sheppardmullin.com
E-mail: tcohen@sheppardmullin.com
E-mail: efrohlich@sheppardmullin.com

*Counsel for Breakwater Credit Opportunities Fund, L.P., Breakwater Credit Opportunities Fund II, L.P. and Breakwater Management LP*