# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APEX LINEN SERVICE LLC, *et al.*,[1] | ) | Case No. 20-11774 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR AUGUST 24, 2020 AT 10:00 A.M. (EDT)**

---

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN AUGUST 24 2020 AT 8:30 A.M. (ET) TO SIGN UP. ADDITIONALLY, ANYONE WISHING TO APPEAR BY ZOOM IS INVITED TO USE THE LINK BELOW. ALL PARTIES THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND COURTCALL. PARTICIPANTS ON COURTCALL SHOULD DIAL INTO THE CALL NOT LATER THAN 10 MINUTES PRIOR TO THE START OF THE SCHEDULED HEARING TO INSURE A PROPER CONNECTION**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

Topic: Apex Linen Service LLC  20-11774 (LSS)
Time: Aug 24, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1616361251
Meeting ID: 161 636 1251
Passcode: 384603

Join by SIP
1616361251@sip.zoomgov.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Apex Linen Service LLC (9075), Highland Apex Holdings LLC (0537), Highland Avenue Capital Partners LLC (2825), Highland Apex GP LLC (9246), and Highland Apex Management LLC (5476). The location of the Debtors' corporate headquarters, and the business address for Apex Linen Service LLC is 6375 S. Arville Street, Las Vegas, NV 89118. The business address for all other Debtors is 205 Pier Avenue, Suite 102, Hermosa Beach, CA 90254.

[2] *Amended agenda items appear in bold and italics*.

**MATTERS GOING FORWARD:**

1.  Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 32; Filed 7/10/2020]

*Objection Deadline:* July 31, 2020 at 4:00 p.m. EDT

*Objections Received:*

   A. Breakwater Management LP's Objection to Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 110; Filed July 31, 2020]

*Related Documents*:

   A. *Certification of Counsel with respect to Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 181; Filed 8/24/20]*

**Status:**   This matter is going forward.

2.  Debtors' Emergency Motion for an Interim Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Authorizing Use of Cash Collateral; (VI) Scheduling a Final Hearing; and (VII) Granting Further Relief [Docket No. 119; Filed 8/3/2020]

*Objection Deadline:* August 17, 2020 at 4:00 p.m. EDT.

*Objections Received:* None.

*Related Documents*:

   A. Notice of Hearing on Final DIP Motion [Docket No. 155; Filed 8/9/20]

   B. *Interim Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Authorizing Use of Cash Collateral; (VI) Scheduling a Final Hearing; and (VII) Granting Further Relief [Docket No. 154; Entered 8/9/20]*

   C. *Certification of Counsel with respect to Second Interim Order: (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Authorizing Use of Cash Collateral; (VI) Scheduling a Final Hearing; and (VII) Granting Further Relief [Docket No. 180; Filed 8/23/20]*

**Status:** *The parties have submitted a certification of counsel requesting entry of a second interim order, and scheduling a final hearing on September 11, 2020 at 10:00 a.m. (EDT).*

3. Debtors' Emergency Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief [Docket No. 132; Filed 8/6/2020]

*Objection Deadline:* August 17, 2020 at 4:00 p.m. EDT

*Objections Received:* None.

*Related Documents:*

   A. Motion for an Order Shortening Notice Period in Connection with Debtors' Emergency Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief [Docket No. 133; Filed 8/6/2020]

   B. Order Denying Motion to Shorten Notice Period in Connection with Debtors' Emergency Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief, but Setting Status Conference [Docket No. 135; Entered 8/6/2020]

   C. Notice of Hearing on Bidding Procedures Motion [Docket No. 156; Filed 8/9/2020]

   D. Notice of Filing of Revised Proposed Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Scheduling an Auction and Sale Hearing [Docket No. 175; Filed 8/20/2020]

   E. Notice of Filing of Revised Bidding Procedures in Connection with Debtors' Emergency Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief [Docket No. 176; Filed 8/20/2020]

Status:    This matter is going forward with respect to bidding procedures.

Respectfully submitted,

Dated: August 24, 2020   **GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
marias@goldmclaw.com

-and-

Harley J. Goldstein, Esq. (*admitted pro hac vice)*
Jeffrey C. Dan, Esq. (*admitted pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
harleyg@goldmclaw.com
jeffd@goldmclaw.com

*Counsel for the Debtors and Debtors-in-Possession*