# EXHIBIT 1

**Apex Linen Service**

**DIP Financing Budget**

Draft Confidential - Subject to change based on continued review.

| WEEK BEGINNING: | 1<br>7/25 | 2<br>8/1 | 3<br>8/8 | 4<br>8/15 | 5<br>8/22 | 6<br>8/29 | 7<br>9/5 | 8<br>9/12 | 9<br>9/19 | 10<br>9/26 | 11<br>10/3 | 12<br>10/10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENDING: | 7/31 | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | |
| **Sources** | | | | | | | | | | | | | |
| Accounts Receivable Collections | $ 221,984 | $ 215,752 | $ 202,150 | $ 219,150 | $ 202,150 | $ 219,150 | $ 202,150 | $ 219,150 | $ 202,150 | $ 175,320 | $ 161,720 | $ 175,320 | $2,416,146 |
| DIP Proceeds | 0 | 24,691 | 513,492 | 202,999 | 413,137 | 27,612 | 390,361 | 53,919 | 439,711 | 127,694 | 393,868 | 497,563 | 3,085,047 |
| **Total Sources** | 221,984 | 240,443 | 715,642 | 422,149 | 615,287 | 246,762 | 592,511 | 273,069 | 641,861 | 303,014 | 555,588 | 672,883 | 5,501,193 |
| **Uses-Operating** | | | | | | | | | | | | | |
| Payroll | 304,886 | 0 | 335,000 | 0 | 335,000 | 0 | 335,000 | 0 | 335,000 | 0 | 335,000 | 335,000 | 2,314,886 |
| Payroll Executives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CFO | 3,750 | 3,750 | 14,000 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 55,250 |
| Union Pension | 0 | 0 | 0 | 45,000 | 0 | 7,500 | 0 | 0 | 0 | 7,500 | 0 | 0 | 60,000 |
| Other Staff Costs | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,000 |
| Plant Utilities | 0 | 0 | 23,519 | 81,308 | 23,519 | 23,519 | 23,519 | 23,519 | 23,519 | 23,519 | 23,519 | 23,519 | 292,978 |
| Repairs/Maintenance | 2,500 | 16,800 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 23,290 | 252,200 |
| Parts Expense | 0 | 0 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 14,007 | 140,073 |
| Supplies/Chemicals | 5,000 | 11,200 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 14,060 | 156,800 |
| Covid Materials | 500 | 1,000 | 12,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 36,500 |
| Vehicle Costs | 0 | 8,400 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 22,680 | 235,200 |
| Rent | 0 | 0 | 11,589 | 72,990 | 0 | 0 | 17,314 | 0 | 72,990 | 0 | 0 | 17,314 | 192,196 |
| Bank/Merchant Fees | 0 | 0 | 8,000 | 1,000 | 0 | 3,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 18,500 |
| Office | 0 | 1,500 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 22,500 |
| Commercial Insurance | 0 | 0 | 19,198 | 0 | 0 | 0 | 0 | 19,198 | 0 | 0 | 0 | 19,198 | 57,594 |
| D & O Insurance | 0 | 0 | 10,902 | 0 | 10,902 | 0 | 0 | 0 | 0 | 10,902 | 0 | 0 | 32,706 |
| Auto Insurance | 0 | 0 | 6,326 | 0 | 0 | 0 | 6,326 | 0 | 0 | 0 | 6,326 | 0 | 18,978 |
| Legal - labor | 0 | 0 | 4,006 | 0 | 0 | 2,891 | 0 | 0 | 0 | 0 | 2,891 | 0 | 9,788 |
| Taxes & Licenses | 0 | 0 | 37,000 | 0 | 34,014 | 0 | 0 | 0 | 0 | 0 | 10,000 | 0 | 81,014 |
| G & A Misc. | 1,000 | 0 | 4,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 14,000 |
| Critical Vendors | 2,500 | 5,500 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 38,492 | 392,922 |
| Non Critical Vendors | 0 | 0 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 21,973 | 219,726 |
| Onboarding New Customers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Linen replacement | 0 | 0 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 70,000 |
| OSHA Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Operating Uses** | 320,136 | 48,150 | 630,642 | 352,149 | 555,287 | 189,262 | 535,011 | 195,569 | 584,361 | 194,773 | 530,588 | 547,883 | 4,683,811 |
| Net Activity from Operations | (98,152) | 167,602 | (428,492) | (132,999) | (353,137) | 29,888 | (332,861) | 23,581 | (382,211) | (19,453) | (368,868) | (372,563) | (2,267,665) |
| **Uses-Bankruptcy Professional Fees** | | | | | | | | | | | | | |
| Legal Fees | 150,000 | 150,000 | 30,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 0 | 0 | 470,000 |
| CRO Fees | 52,500 | 17,500 | 30,000 | 15,000 | 15,000 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 0 | 0 | 192,500 |
| UCC - Legal | 0 | 0 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 150,000 |
| Investment Banker #2 | 0 | 0 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 110,000 | 200,000 |
| Investment Banker #1 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| **Total Bankruptcy Professional Fees** | 252,500 | 167,500 | 85,000 | 60,000 | 60,000 | 57,500 | 57,500 | 57,500 | 57,500 | 57,500 | 25,000 | 125,000 | 1,062,500 |
| **Uses-Claims Agent and UST** | | | | | | | | | | | | | |
| Claims Agent | 10,000 | 0 | 0 | 10,000 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 | 0 | 40,000 |
| US Trustee Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,741 | 0 | 0 | 50,741 |
| **Total Claims Agent and UST** | 10,000 | 0 | 0 | 10,000 | 0 | 0 | 0 | 20,000 | 0 | 50,741 | 0 | 0 | 90,741 |
| **Total Uses** | 582,636 | 215,650 | 715,642 | 422,149 | 615,287 | 246,762 | 592,511 | 273,069 | 641,861 | 303,014 | 555,588 | 672,883 | 5,837,052 |
| Net activity including DIP draw | (360,652) | 24,793 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (335,859) |
| Beginning cash (per books) | 360,859 | 207 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 360,859 |
| Ending cash (per books) | 207 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |